# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2014

Robert P. Young, Jr.,
Chief Justice

Rehearing No. 600

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146802(19)

IN THE MATTER OF

HONORABLE BRUCE U. MORROW                     SC: 146802
3rd JUDICIAL CIRCUIT COURT                     JTC Formal Complaint 92

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2014



Clerk